UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABC, | |
| Plaintiff(s), | 26-MC-288 (DEH) |
| v. | |
| DEF, | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

Plaintiffs have moved for leave to file their Complaint with redactions to protect confidential business information.  ECF No. 4.

Plaintiffs' request is **provisionally GRANTED** pending final determination by the duly assigned district judge.

The Clerk of Court is respectfully directed to close ECF No. 4.

SO ORDERED.

Dated: June 11, 2026
       New York, New York

_____
DALE E. HO
United States District Judge
Part I Judge